CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 27 2018

JULIA C. DUDLEY, CLERK
BY: /s/ H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DEMETRIUS LAMONT NEELY,<br>    Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:17-cv-00350 |
| v. | ) <br> ) | **FINAL ORDER** |
| HALL, et al.,<br>    Defendants. | ) <br> ) <br> ) | By:  Hon. Jackson L. Kiser<br>      Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that Defendants' motion to dismiss is **GRANTED** and the case is **STRICKEN** from the active docket.

ENTER: This 27th day of June, 2018.

/s/ Jackson L. Kiser
Senior United States District Judge